IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ANTHONY COWAN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **CIVIL NO. 05-877-JPG** |
| | ) | |
| **SARA REVELL,** | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

On February 3, 2006, the Court directed Petitioner to pay the filing fee for this action or file a motion for leave to proceed *in forma pauperis*. One of those actions was to be done within 30 days, and Petitioner was warned that this action would be dismissed if he failed to respond to that court order. To date Petitioner has not responded in any manner, and that 30-day time period as long since elapsed; therefore, the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to pay the filing fee for this action. Dismissal is with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner shall take nothing from this action.

May 23, 2006                                   By:   **s/ J. Phil Gilbert**
*Date*                                                      *District Judge*